# UNITED STATES COURT OF APPEALS
## FOR THE
# SECOND CIRCUIT

_____

　　　At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand thirteen,

_____

United States of America,

　　　Appellee,

v.

Raj Rajaratnam,

　　　Defendant - Appellant.

_____

**ORDER**

Docket No: 11-4416

　　　Appellant Raj Rajaratnam filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

　　　IT IS HEREBY ORDERED that the petition is denied.

　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　Catherine O'Hagan Wolfe, Clerk

